# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**BETTY WALLACE,**                       Case No.   1:11-CV-771

    Plaintiff,

                                 **Judge Timothy S. Black**

**-vs-**

**TARGET CORPORATION,** *et al.***,**

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 11) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: December 31, 2012                        **JOHN P. HEHMAN, CLERK**

                                                       By: *s/ M. Rogers*
                                                       Deputy Clerk